IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRANDON MURDOCK and ANNIE ISMAIL, as Beneficiaries of the Estate of TACORA L. BELL, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BANK OF AMERICA, NATIONAL ASSOCIATION, THE BANK OF AMERICA PENSION PLAN and THE BANK OF AMERICA 401(k) PLAN,<br><br>Defendants. | CASE NO.: 3:07-CV-00532<br><br><br><br>**ORDER GRANTING STAY** |

THIS MATTER has come before the Court on the motion of Defendants Bank of America Corporation; Bank of America, N.A.; Bank of America, National Association; The Bank of America Pension Plan; and The Bank of America 401(k) Plan, with the consent of counsel for the Plaintiffs, to stay this matter pending the completion of estate proceedings in Missouri so that remaining benefits accrued by Ms. Tacora Bell may be paid in accordance with the terms of the plan, and all issues between the parties in this litigation may be resolved.

FOR GOOD CAUSE SHOWN, Defendants' motion is hereby GRANTED, and this matter is stayed for a period of sixty (60) days. Defendants shall not be required to answer or otherwise respond to the Complaint, and the parties shall have no obligations under Fed. R. Civ. P. 26 during such period.

**SO ORDERED**.

Signed: April 7, 2008

*Carl Horn, III*
_____
Carl Horn, III
United States Magistrate Judge